UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS

    Plaintiff,

  v.

CHARLES McBURNEY *et al.*,

    Defendants

Case No. C07-5007RBL/JKA

ORDER GRANTING SUBSTITUTION OF COUNSEL

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion to substitute Joan K. Mell and Miller Quinlan & Auter, P.S. Inc. as counsel for defendants in this action who were formerly represented by Kenneth J. Diamond and Winterbauer & Diamond, PLLC. The motion is unopposed and is **GRANTED.**

    The Clerk is directed to send a copy of this Order to plaintiff and counsel and to remove Kenneth J. Diamond and Winterbauer & Diamond as counsel.

DATED this 10 day of September 2007.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER