UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

                    Plaintiff,

v.

CHARLES Mc BURNEY et al.,

                    Defendants.

Case No.  C07-5007RBL

REPORT AND
RECOMMENDATION TO
DENY PLAINTIFF'S
MOTION FOR DEFAULT

**NOTED FOR:**

**DECEMBER 7, 2007**

This Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion /notice of default (Dkt. # 21).  Defendants have answered the complaint and filed a counter claim and are not in default at this time (Dkt # 22). Accordingly, the motion should be **DENIED**.

<u>FACTS</u>

This action was commenced on January 4, 2007, when plaintiff filed a motion to proceed *in forma pauperis* and a proposed complaint (Dkt. # 1).  On January 29, 2007, the court ordered service (Dkt # 6).  Over the next several months, counsel appeared on behalf of defendants but no answer was filed.  On November 6, 2007, plaintiff moved for default and on November 9, 2007, an answer and counter claim were filed (Dkt # 21 and 22).

1

<u>DISCUSSION</u>

2       As defendants have filed an answer, they are not in default at this time. Default judgments are

3  disfavored by the law and cases should be decided on their merits except in extreme cases.  <u>Mendoza v.</u>

4  <u>Wight Vineyard Management</u>, 783 F.2d 941, 945-46 (9th Cir. 1986). The motion for default should be

5  **DENIED**.  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the

6  parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ.

7  P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  <u>Thomas v.</u>

8  <u>Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to

9  set the matter for consideration on **December 7, 2007**, as noted in the caption.

10

11

12       DATED this 14 day of November, 2007.

13

14                                    */S/ J. Kelley Arnold*
                                      J. Kelley Arnold
15                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2