UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES Mc BURNEY, et al.,<br><br>        Defendants. | Case No. C07-5007BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    The Court having reviewed Plaintiff's Motion for Default (Dkt. 21), the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Motion for Default (Dkt. 21) is hereby **DENIED**.

(3)    Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

    DATED this 14th day of December, 2007.

                                                            BENJAMIN H. SETTLE
                                                            United States District Judge

ORDER