1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

         Plaintiff,

    v.

CHARLES McBURNEY *et al.*,

         Defendants.

Case No.  C07-5007BHS

ORDER

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  This case has recently been reassigned to the Honorable Judge Settle.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since entry of the last order (Dkt. # 33). Dkt. # 33 is a response to a motion to dismiss.  **Dkt. # 33 is now UNSEALED.**

    The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

    DATED this 21 day of December, 2007.

                                         /S/ *J. Kelley Arnold*
                                         J. Kelley Arnold
                                         United States Magistrate

ORDER
Page - 1